In the Matter of the Estate of FRANK A. LUDLAM, Deceased. (Two Proceedings.) NATHAN ZAUSMER et al., Individually and as Executors of FRANK A. LUDLAM, Deceased, et al., Respondents; EL RENA L. SCHOELLES, Appellant. (Consolidated Appeals.)

Submitted October 3, 1955; decided October 13, 1955.

*Arthur Buxenbaum* for motion.

*Jack Korshin* for Nathan Zausmer and another.

Motion to amend notices of appeal herein *nunc pro tunc* granted.